In the Matter of the Claim of MARTIN STEMMAN, Respondent, against ROOSEVELT HOTEL, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued October 9, 1947; decided October 17, 1947.

*Urban S. Mulvehill* and *E. C. Sherwood* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Theodore M. Schwartz* and *Roy Wiedersum* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.